

International Risk Resources, LLC
Commercial Risk and Data Management
700 Old Roswell Lakes Pkwy. Ste 150 | Roswell, GA 30076
claims@irresources.com

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2013 | 12-56105-08 |

**Bill To**

Creekstone Builders, Inc.
4545 Post Oak Place #200
Houston, TX  77027

| Terms | Due Date |
|---|---|
| Due on receipt | 8/31/2013 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 1,391.20 |
| Office Expense | 278.24 |

| | |
|---|---|
| **Total** | $1,669.44 |
| **Payments/Credits** | $-1,669.44 |
| **Balance Due** | $0.00 |



PLAINTIFF'S EXHIBIT 21A

IRR000259



**International Risk Resources, LLC**
Commercial Risk and Data Management
700 Old Roswell Lakes Pkwy, Ste 150 | Roswell, GA 30076
claims@irresources.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2013 | 13-56105-09 |

**Bill To**

Creekstone Builders, Inc.
4545 Post Oak Place #200
Houston, TX  77027

| Terms | Due Date |
|---|---|
| Due on receipt | 9/30/2013 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 1,175.00 |
| Office Expense | 235.00 |

| | |
|---|---|
| **Total** | $1,410.00 |
| **Payments/Credits** | $-1,410.00 |
| **Balance Due** | $0.00 |



PLAINTIFF'S EXHIBIT 21B

IRR000260



**International Risk Resources, LLC**
Commercial Risk and Data Management
700 Old Roswell Lakes Pkwy, Ste 150 ; Roswell, GA 30076
claims@irresources.com

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2013 | 13-56105-10 |

| Bill To |
|---|
| Creekstone Builders, Inc.<br>4545 Post Oak Place #200<br>Houston, TX 77027 |

| Terms | Due Date |
|---|---|
| Due on receipt | 10/31/2013 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 2,744.80 |
| Office Expense | 548.96 |

| | |
|---|---|
| **Total** | $3,293.76 |
| **Payments/Credits** | $-3,293.76 |
| **Balance Due** | $0.00 |

PLAINTIFF'S EXHIBIT 21c

IRR000261

# Invoice

**International Risk Resources, LLC**
Commercial Risk and Data Management
700 Old Roswell Lakes Pkwy, Ste 150 | Roswell, GA 30076
claims@irresources.com

| Date | Invoice # |
|---|---|
| 11/30/2013 | 13-56105-11 |

**Bill To**

Creekstone Builders, Inc.
4545 Post Oak Place #200
Houston, TX 77027

| Terms | Due Date |
|---|---|
| Net 30 | 12/30/2013 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 244.40 |
| Office Expense | 48.88 |

| | |
|---|---|
| **Total** | $293.28 |
| **Payments/Credits** | $-293.28 |
| **Balance Due** | $0.00 |

PLAINTIFF'S EXHIBIT 21D

IRR000262


**International Risk Resources, LLC**
Commercial Risk and Data Management
700 Old Roswell Lakes Pkwy Ste 150 | Roswell GA 30076
claims@irresources.com

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2013 | 13-56105-12 |

| Bill To |
|---|
| Creekstone Builders, Inc.<br>4545 Post Oak Place #200<br>Houston, TX 77027 |

| Terms | Due Date |
|---|---|
| Net 30 | 1/30/2014 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 460.60 |
| Office Expense | 92.12 |

| | |
|---|---|
| **Total** | $552.72 |
| **Payments/Credits** | $-552.72 |
| **Balance Due** | $0.00 |

PLAINTIFF'S EXHIBIT 21E

IRR000263



# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2014 | 13-56105-01 |

**Bill To**

Creekstone Builders, Inc.
4545 Post Oak Place #200
Houston, TX 77027

| Terms | Due Date |
|---|---|
| Net 30 | 3/2/2014 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 658.00 |
| Office Expense | 131.60 |

| | |
|---|---|
| **Total** | $789.60 |
| **Payments/Credits** | $-789.60 |
| **Balance Due** | $0.00 |


PLAINTIFF'S EXHIBIT 21F

IRR000264



# Invoice

| Date | Invoice # |
|---|---|
| 2/28/2014 | 13-56105-02 |

| Bill To |
|---|
| Creekstone Builders, Inc.<br>4545 Post Oak Place #200<br>Houston, TX 77027 |

| Terms | Due Date |
|---|---|
| Net 30 | 3/30/2014 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 799.00 |
| Office Expense | 159.80 |

| | |
|---|---|
| **Total** | $958.80 |
| **Payments/Credits** | $-958.80 |
| **Balance Due** | $0.00 |

PLAINTIFF'S EXHIBIT 21G

IRR000265

# International Risk Resources, LLC
Commercial Risk and Data Management

700 Old Roswell Lakes Pkwy Ste 150 | Roswell GA 30076 claims@irresources.com

# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2014 | 13-56105-03 |

| Bill To |
|---|
| Creekstone Builders, Inc.<br>4545 Post Oak Place #200<br>Houston, TX 77027 |

| Terms | Due Date |
|---|---|
| Net 30 | 4/30/2014 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 1,598.00 |
| Office Expense | 319.60 |

| | |
|---|---|
| **Total** | $1,917.60 |
| **Payments/Credits** | $-1,917.60 |
| **Balance Due** | $0.00 |

PLAINTIFF'S EXHIBIT 21H

IRR000266



# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2014 | 13-56105-04 |

**Bill To**

Creekstone Builders, Inc.
4545 Post Oak Place #200
Houston, TX  77027

| Terms | Due Date |
|---|---|
| Net 30 | 5/30/2014 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 2,152.60 |
| Office Expense | 430.52 |

| | |
|---|---|
| **Total** | $2,583.12 |
| **Payments/Credits** | $-2,583.12 |
| **Balance Due** | $0.00 |

PLAINTIFF'S EXHIBIT 21I

IRR000267



# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2014 | 13-56105-05 |

| Bill To |
|---|
| Creekstone Builders, Inc.<br>4545 Post Oak Place #200<br>Houston, TX 77027 |

| Terms | Due Date |
|---|---|
| Net 30 | 6/30/2014 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 1,316.00 |
| Office Expense | 263.20 |

| | |
|---|---|
| **Total** | $1,579.20 |
| **Payments/Credits** | $-1,579.20 |
| **Balance Due** | $0.00 |



PLAINTIFF'S EXHIBIT 215

IRR000268



# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2014 | 13-56105-06 |

| Bill To |
|---|
| Creekstone Builders, Inc.<br>4545 Post Oak Place #200<br>Houston, TX  77027 |

| Terms | Due Date |
|---|---|
| Net 30 | 7/30/2014 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 582.80 |
| Office Expense | 116.56 |

| | |
|---|---|
| **Total** | $699.36 |
| **Payments/Credits** | $-699.36 |
| **Balance Due** | $0.00 |



PLAINTIFF'S EXHIBIT 21 K

IRR000269



# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2014 | 13-56105-10 |

| Bill To |
|---|
| Creekstone Builders, Inc.<br>4545 Post Oak Place #200<br>Houston, TX  77027 |

| Terms | Due Date |
|---|---|
| Net 30 | 11/30/2014 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 2,519.20 |
| Office Expense | 503.84 |

| | |
|---|---|
| **Total** | $3,023.04 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,023.04 |



PLAINTIFF'S EXHIBIT 21L

IRR000270



**International Risk Resources, LLC**
Commercial Risk and Data Management
700 Old Roswell Lakes Pkwy. Ste 150 | Roswell GA 30076
claims@irresources.com

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2014 | 13-56105-11 |

| Bill To |
|---|
| Creekstone Builders, Inc.<br>4545 Post Oak Place #200<br>Houston, TX  77027 |

| Terms | Due Date |
|---|---|
| Net 30 | 12/30/2014 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 319.60 |
| Office Expense | 63.92 |

| Total | $383.52 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $383.52 |



PLAINTIFF'S EXHIBIT 21M

IRR000272



**International Risk Resources, LLC**
Commercial Risk and Data Management
700 Old Roswell Lakes Pkwy Ste 150 | Roswell GA 30076
claims@irresources.com

# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2015 | 13-56105-01 |

| Bill To |
|---|
| Creekstone Builders, Inc.<br>4545 Post Oak Place #200<br>Houston, TX 77027 |

| Terms | Due Date |
|---|---|
| Net 30 | 3/2/2015 |

| Description | Amount |
|---|---|
| Claims Management T & E Litigated | 197.40 |
| Office Expense | 39.48 |

| | |
|---|---|
| **Total** | $236.88 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $236.88 |



PLAINTIFF'S EXHIBIT 21N

IRR000271